JOHN V. RITTS, Respondent, *v.* BUFFALO AND WILLIAMS-VILLE ELECTRIC RAILWAY COMPANY, Appellant.

*Ritts* v. *Buffalo &.Williamsville Electric Ry. Co.*, 162 App. Div. 924, affirmed.

(Argued April 19, 1916; decided May 9, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 13, 1914, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term, restraining and enjoining the defendant from operating its railway in front of plaintiff's premises. The complaint alleged that the defendant constructed and has maintained and operated its railway without the consent of the plaintiff or of his predecessors in title.

*W. C. Carroll* for appellant.

*Frank F. Williams* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN and CARDOZO, JJ. Not sitting: POUND, J.